No. 12–7101.  BANKS *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 12–7117.  REYES CAMPOS *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 12–7128.  YOUNG *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–7129.  ARMSTRONG *v.* REDDING PAROLE DEPARTMENT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7131.  MCHENRY *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 12–7140.  CAMPBELL ET AL. *v.* COUNTY OF MERCED, CALIFORNIA, ET AL.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 12–7145.  YBARRA-JOHNSON ET AL. *v.* ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7149.  ANTONIO ANGEL *v.* BRAZELTON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–7150.  BURE *v.* FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 12–7160.  WILKINSON *v.* HOLLAND, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–7161.  THOMAS *v.* DIAZ, ACTING WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7180.  QAMAR *v.* CENTRAL INTELLIGENCE AGENCY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–7207.  HURST *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–7208.  HASSAN *v.* MARICOPA COUNTY SHERIFF'S OFFICE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7209.  GARCIA, AKA AMOS *v.* DIAZ, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.